

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00597-CV

**IN THE INTEREST OF J.J.H.**, R.J.H., J.D.H., and A.J.H., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00902
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal.

SIGNED February 12, 2020.

_____
Rebeca C. Martinez, Justice